435 A.2d 1316

Commonwealth v. Coda, Appellant.

Submitted November 16, 1979. Alphonse P. Lepore, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and CAVANAUGH, JJ.

The order of January 4, 1979 is affirmed.

CAVANAUGH, J., concurred in the result.